UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
RED APPLE DENTAL PC, individually and
on behalf of all others similarly situated,

                Plaintiff,

v.

THE HARTFORD FINANCIAL SERVICES
GROUP, INC. and SENTINEL INSURANCE
COMPANY, LTD.,

                Defendants.
-----------------------------------------------------------X

**ORDER**

20-CV-03549 (PMH)

PHILIP M. HALPERN, United States District Judge:

    Counsel for all parties appeared at The Hon. Charles L. Brieant Jr. Federal Building and Courthouse, 300 Quarropas Street, White Plains, New York, in Courtroom 521 at 3:00 p.m. today. Oral argument was had on the record.

    For the reasons indicated on the record and law cited therein, defendant Sentinel Insurance Company, Ltd.'s motion to dismiss pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure (Doc. 35) is GRANTED. Accordingly, defendant Sentinel Insurance Company, Ltd.'s motion to dismiss pursuant to Rule 12(b)(2) of the Federal Rules of Civil Procedure is DENIED as moot (Doc. 41). Because plaintiff fails to state a claim, this action is dismissed with prejudice. See transcript.

    The Clerk of the Court is respectfully directed to terminate the pending motions (Doc. 35, 41) and close this case.

SO ORDERED:

Dated: White Plains, New York
       June 9, 2021

                                                    _____
                                                    Hon. Philip M. Halpern
                                                    United States District Judge