**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
RED APPLE DENTAL PC, individually and
on behalf of all others similarly situated,

                Plaintiff,

-against-                              20 **CIVIL** 3549 (PMH)

                                               **JUDGMENT**

THE HARTFORD FINANCIAL SERVICES GROUP,
INC. and SENTINEL INSURANCE COMPANY, LTD.,

                Defendants.
-----------------------------------------------------------X

     It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated June 9, 2021, and for the reasons indicated on the record and law cited therein, defendant Sentinel Insurance Company, Ltd.'s motion to dismiss pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure is GRANTED. Accordingly, defendant Sentinel Insurance Company, Ltd.'s motion to dismiss pursuant to Rule 12(b)(2) of the Federal Rules of Civil Procedure is DENIED as moot. Because plaintiff fails to state a claim, this action is dismissed with prejudice; accordingly, the case is closed.

**Dated:** New York, New York

       June 10, 2021

                                                      **RUBY J. KRAJICK**
                                                      **Clerk of Court**
                                **BY:**     K. Mango
                                                      **Deputy Clerk**